# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**

**CHARLES L. SMITH,**

        **Defendant.**

**Case No.  CR06-5064**

**ORDER REVOKING BOND and DETAINING DEFENDANT PENDING RESOLUTION**

    **THIS MATTER** comes on for an evidentiary hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of his bond by (1) consuming alcohol March 10, 2006; and (2) driving without a valid operators licence March 24, 2006.

    The plaintiff appears through Assistant United States Attorney, BARBARA SIEVERS;

    The defendant appears personally and represented by counsel, LINDA SULLIVAN.

    The defendant having been advised of the allegations; his right to a hearing; and having freely and voluntarily admitted each alleged violation above set forth;

    **NOW THEREFORE,** the court finds that defendant violated the conditions of his Appearance Bond, and revokes said bond

    **IT IS ORDERED** that the defendant be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

    The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

    April 3, 2006.

    */s/ J. Kelley Arnold*
J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1